Brian Riekkola (SBN 1406062)
NORTH STAR LAW GROUP, LLC
4300 B Street, Ste. 206
Anchorage, AK 99503
Telephone: (907) 205-4434
brian@northstarlawgroup.com

A. Eli Kaplan (admitted *pro hac vice*)
TROUTMAN PEPPER
HAMILTON SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7580
Facsimile: (757) 687-7510
eli.kaplan@troutman.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RUSSELL WYATT,<br><br>   Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK N.A. AND AMERICAN EXPRESS COMPANY,<br><br>   Defendants. | Case No. 3:23-cv-00139-JMK |

## AMENDED SCHEDULING AND PLANNING ORDER

This matter came before the Court upon the Joint Motion to Amend Scheduling Order filed by Plaintiff Russell Wyatt ("Plaintiff"), Defendant Wells Fargo Bank, N.A. ("Wells Fargo") and Defendant American Express National Bank ("American Express"). The Court having considered the motion, and it appearing in the interests of justice, for good cause shown, the said motion is **GRANTED** and it is hereby **ORDERED** that:

1. The Scheduling and Planning Order (ECF No. 19) entered is hereby amended;

2. The parties shall serve and file all motions under the discovery rules by **July 1, 2024**;

3. The parties shall identify any expert witnesses by **July 1, 2024**;

4. The parties shall complete fact discovery and exchange preliminary witness lists by **August 1, 2024**;

5. The parties shall complete expert discovery by **September 30, 2024**;

6. The parties shall submit any dispositive motions by **November 15, 2024**; and

7. The parties shall submit any motions to exclude expert testimony by **January 24, 2025**.

8. All other deadlines in the Scheduling and Planning Order remain unchanged.

ENTER:

_____
JOSHUA M. KINDRED
UNITED STATES DISTRICT JUDGE