# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

David Michael Gettings

was admitted to practice as an attorney and counsellor at the bar of this Court on November 3, 2010.

I further certify that so far as the records of this office are concerned, David Michael Gettings is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 8th day of January
A.D. 2024

By: _____
*Deputy Clerk*