# ATTACHMENT

| Court | Date(s) of Admission |
|---|---|
| Virginia Supreme Court | November 3, 2010 |
| Texas State Bar | October 1, 2020 |
| United States District Court for the Eastern District of Virginia | December 2, 2010 |
| United States District Court for the Western District of Virginia | August 9, 2017 |
| United States Bankruptcy Court for the Eastern District of Virginia | April 2020 |
| United States District Court for the Southern District of Texas | October 13, 2021 |
| United States District Court for the Northern District of Texas | March 25, 2023 |
| United States District Court for the Western District of Texas | May 23, 2023 |
| United States District Court for the Eastern District of Michigan | July 29, 2021 |
| United States District Court for the District of Colorado | June 16, 2020 |
| Fourth Circuit Court of Appeals | August 8, 2011 |
| Seventh Circuit Court of Appeals | October 2, 2015 |
| Ninth Circuit Court of Appeals | April 27, 2018 |
| Eleventh Circuit Court of Appeals | May 10, 2017 |